UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY K. KAYLOR,

    Plaintiff,

v                                      Case No. 06-12857

COMMISSIONER OF SOCIAL         DISTRICT JUDGE ARTHUR J. TARNOW
SECURITY,
    Defendants.                 MAG. JUDGE R. STEVEN WHALEN

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    There having been no objection to Magistrate Judge Whalen's Report and Recommendation [Docket #18] filed November 15, 2007 granting Plaintiff's motion for attorney fees and the Court being fully advised in the premises;

    IT IS HEREBY ORDERED that the Report and Recommendation of Magistrate Judge Whalen is adopted and Plaintiff is awarded $3,815.00 in attorney fees and $350.00 in filing fees, for a total of $4,165.00.

                                            s/Arthur J. Tarnow
                                            Arthur J. Tarnow
                                            United States District Judge
Dated:   December 5, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 5, 2007, by electronic and/or ordinary mail.

                                            s/Catherine A. Pickles
                                            Judicial Secretary